UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          Criminal No. 12-cr-80-01-JL

<u>Leigh Alden Baker</u>

<u>O R D E R</u>

     The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.  The court is not generally inclined to find that a prosecutor's vacation plans, however well-deserved the vacation may be, should be considered in trial scheduling. The court interprets the motion as asserting the defendant's position that the interests of justice will be best served by the currently assigned prosecutor's continued involvement in the case, and so finds and orders accordingly.  Final Pretrial is rescheduled to November 26, 2012 at 2:30 p.m.; Trial is continued to the two-week period beginning December 4, 2012, 9:30 a.m. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

     Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                _____
                Joseph N. Laplante
                Chief Judge

Date:  August 29, 2012

cc: Andrew Scott Winters, Esq.
   Debra Walsh, Esq.
   U.S. Marshal
   U.S. Probation